**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>IRON MOUNTAIN INC.,<br><br>and<br><br>RECALL HOLDINGS LTD.,<br><br>                      Defendants. | Civil Action No. 1:16-cv-00595-APM<br><br>Judge Amit P. Mehta |

**DEFENDANT IRON MOUNTAIN INCORPORATED'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

In accordance with Federal Rule of Civil Procedure 7.1, defendant Iron Mountain Incorporated states that it has no corporate parents, and that the following companies hold 10% or more of Iron Mountain Incorporated's stock:

| Entity | Address | Percent Share |
|---|---|---|
| The Vanguard Group | 100 Vanguard Boulevard, Malvern, Pennsylvania 19355 | 14.56% |
| Capital World Investors | 333 South Hope Street, Los Angeles, California 90071 | 10.47% |

2

Dated: April 1, 2016

  /s/ Laura A. Wilkinson
Laura A. Wilkinson, Esq.
D.C. Bar No. 413497
Weil, Gotshal & Manges LLP
1300 Eye Street, NW – Suite 900
Washington, D.C. 20005
Telephone:  (202) 682-7000
Facsimile:   (202) 857-0940
laura.wilkinson@weil.com

*Counsel for Defendant*
*Iron Mountain Incorporated*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of April, 2016, the foregoing Corporate Disclosure Statement was filed using the Court's CM/ECF system, which shall send notice to all counsel of record.

          /s/ Laura A. Wilkinson
          Laura A. Wilkinson, Esq.

          *Counsel for Defendant*
          *Iron Mountain Incorporated*